FD-1057 (Rev. 5-8-10)

SECRET//ORCON/NOFORN

 OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (S//OC/NF) Meeting with CHS to discuss CROSSFIRE HURRICANE

**Date:** 08/15/2016

**From:** NEW YORK
  NY-CD1
  **Contact:** SOMMA STEPHEN M, 212-384-1000

**Approved By:** Joe Pientka III

**Drafted By:** SOMMA STEPHEN M

**Case ID #:** 97F-HQ-2063661    (S//OC/NF) CROSSFIRE HURRICANE;
                                 FOREIGN AGENTS REGISTRATION ACT -
                                 RUSSIA;
                                 SENSITIVE INVESTIGATIVE MATTER
            97F-HQ-2067747       (S//OC/NF) CROSSFIRE DRAGON
                                 FOREIGN AGENTS REGISTRATION ACT -
                                 RUSSIA;
                                 SENSITIVE INVESTIGATIVE MATTER
            97F-HQ-2067748       (S//OC/NF) CROSSFIRE TYPHOON
                                 FOREIGN AGENTS REGISTRATION ACT-RUSSIA;
                                 SENSITIVE INVESTIGATIVE MATTER
            97F-HQ-2067749       (S//OC/NF) CROSSFIRE FURY
                                 FOREIGN AGENTS REGISTRATION ACT-RUSSIA;
                                 SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** (S//OC/NF) Meeting with CHS on 8/11/2016 to discuss CROSSFIRE HURRICANE.

            Reason: 1.4(b)
            Derived From: National
            Security Information SCG
            Declassify On: 20411231

**Full Investigation Initiated:** 07/31/2016

**Details:**

(S//OC/NF) On 08/11/2016, SA [Non-SES Employee], SOS [Non-SES Employee]

~~SECRET//ORCON/NOFORN~~

Title: (S//OC/NF) Meeting with CHS to discuss CROSSFIRE HURRICANE
Re: 97F-HQ-2063661, 08/15/2016

and SA Stephen M. Somma met with [Source ID] to discuss CROSSFIRE HURRICANE. The meeting took place at the CHS' home and lasted approximately 1 1/2 hours. After introduction of SA [Non-SES] to the CHS the following discussion took place:

### (S//OC/NF) CROSSFIRE TYPHOON

(S//OC/NF) The CHS was informed by the interview team that they were currently assigned to a project looking at the roll of the Russian Federation in the current U.S. Presidential campaign. As such, there were some individuals associated with the Trump Campaign that were of particular interest to the team. The team asked the CHS if s/he had heard of CROSSFIRE TYPOON (CT), the CHS stated that s/he did not but asked for some background information on CT, which the team provided. The CHS, upon hearing of CT's pedigree information, stated that s/he was unaware of CT.

(S//OC/NF) The team inquired if the CHS would be able and/or willing to invite CT to his/her [Source ID]. The team explained that it would allow the FBI to obtain assessment information on CT as well as possibly conduct an operation against CT. The CHS stated that s/he would be willing to help, however, prior to the invitation, the CHS would want to meet CT first, as without knowing CT, CT could be [Source ID]. The team agreed with the CHS and agreed to work with the CHS to obtain an initial meeting.

### (S//OC/NF) CROSSFIRE DRAGON

(S//OC/NF) The CHS asked the team if they would be interested in CROSSFIRE DRAGON (CD). The CHS stated that CD had been invited to speak, earlier in July, at a presentation put together by [Source ID] [Source ID], who had asked CD to attend. The CHS said that former Secretary of State Maldeline Albright was also at the presentation. CD, was described by the CHS, as being "very guarded" during the presentation and stating that his/her views were his/her own and not of the Trump campaign.

SECRET//ORCON/NOFORN

Title: (S//OC/NF) Meeting with CHS to discuss CROSSFIRE HURRICANE
Re: 97F-HQ-2063661, 08/15/2016

(S//OC/NF) The CHS explained to the team that s/he had a private meeting with CD on or about 7/18/2016 when CD was [Source ID] [Source ID] [Source ID] [Source ID] The CHS told the team that the purpose of the meeting was to ask the CHS if the s/he would want to join the Trump campaign as a foreign policy adviser. The CHS stated that s/he was non-committal to CD about joining the campaign. The CHS told the interviewing team that he had no intention of joining the campaign.

(S//OC/NF) The CHS met with CD in the CHS' office and the meeting lasted approximately 2 hours. During the course of the meeting CD discussed his/her relationship with Gazprom, CD's views on Putin, the current U.S. Presidential campaign and that CD "retold Russia's view on the Ukraine."

(S//OC/NF) The CHS also related that when CD had heard that the CHS had recently been in Dubai, CD mentioned that s/he was in Abu Dhabi around the same time as the CHS. CD told the CHS that s/he was in Abu Dhabi representing Gazprom. When asked by the team what s/he thought CD was advising Gazprom on, the CHS opined that it was most likely about American policy as CD does not have a background in geology and Gazprom "certainly doesn't need any more advisers" on energy.

(S//OC/NF) As stated previously the CHS stated that s/he had no intention of joining the campaign, but the CHS had not conveyed that to anyone related to the Trump campaign. The CHS was willing to assist with the ongoing investigation and to not notify the Trump campaign about the CHS' decision not to join.

(S//OC/NF) **CROSSFIRE FURY**

(S//OC/NF) In discussions with the interviewing team about the investigation, the CHS stated the s/he has known CROSSFIRE FURY (CF) for over 30 years. The CHS worked with CF on several political

SECRET//ORCON/NOFORN

Title: (S//OC/NF) Meeting with CHS to discuss CROSSFIRE HURRICANE
Re: 97F-HQ-2063661, 08/15/2016

campaigns. The CHS described CF as a savvy political operator. The CHS offered to reach out to CF, but stated, given the timing of the campaign, the CHS doubted CF would have time to respond or meet with the CHS.

(S//OC/NF) **CROSSFIRE RAZOR**

(S//OC/NF) The CHS relayed an incident s/he witnessed when CROSSFIRE RAZOR (CR) spoke at [Source ID]. The CHS was unsure of the date, but noted that CR was still in his/her position within the USIC. [Source ID] [Source ID] [Source ID] The CHS told the team that after CR spoke and socialized with [Source ID] at dinner and over drinks, [Source ID] [Source ID] got CR a cab to take CR to the train station to bring him/her to London. The CHS stated that a woman, SVETLANA LOKHOVA, surprised everyone and got into CR's cab and joined CR on the train ride to London. The CHS recalled that LOKHOVA "latched" onto CR when he was at the [Source ID]. The CHS stated that s/he is somewhat suspicious of LOKHOVA, as she has been affiliated with several prominent members of [Source ID]. The CHS believes taht LOKHOVA's father may be a Russian Oligarch living in London. The CHS could not provide further information on CR and LOKHOVA's trip.

**Other**

(S//OC/NF) The CHS expects to hear from Sam Clovis soon about joining the Trump campaign. The CHS described Clovis as the "type of guy who could make a campaign work."

(S//OC/NF) The CHS advised that [Source ID] Peter Navaro, who is a professor at a university in California, is one of the Trump Campaign's senior policy adviser related to Trade.

(S//OC/NF) The CHS provided atmospherics about the current situation at [Source ID] and at his/her new company.

~~SECRET//ORCON/NOFORN~~

Title: (S//OC/NF) Meeting with CHS to discuss CROSSFIRE HURRICANE
Re: 97F-HQ-2063661, 08/15/2016

◆◆

FD-1057 (Rev. 5-8-10)

~~SECRET//ORCON/NOFORN~~

 **OFFICIAL RECORD**

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (S//OC/NF) CHS Meeting 08/12/2016        **Date:** 08/15/2016

**From:** NEW YORK
        NY-CD1
        **Contact:** SOMMA STEPHEN M, 212-384-1000

**Approved By:** Joe Pientka III

**Drafted By:** SOMMA STEPHEN M

**Case ID #:** 97F-HQ-2063661        (S//OC/NF) CROSSFIRE HURRICANE;
                                     FOREIGN AGENTS REGISTRATION ACT -
                                     RUSSIA;
                                     SENSITIVE INVESTIGATIVE MATTER
            97F-HQ-2067747           (S//OC/NF) CROSSFIRE DRAGON
                                     FOREIGN AGENTS REGISTRATION ACT -
                                     RUSSIA;
                                     SENSITIVE INVESTIGATIVE MATTER
            97F-HQ-2067748           (S//OC/NF) CROSSFIRE TYPHOON
                                     FOREIGN AGENTS REGISTRATION ACT-RUSSIA;
                                     SENSITIVE INVESTIGATIVE MATTER
            97F-HQ-2067749           (S//OC/NF) CROSSFIRE FURY
                                     FOREIGN AGENTS REGISTRATION ACT-RUSSIA;
                                     SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** (S//OC/NF) CHS meeting 08/12/2016 regarding captioned subjects.

        **Reason:** 1.4(b)
        **Derived From:** National
        Security Information SCG
        **Declassify On:** 20411231

**Full Investigation Initiated:** 07/31/2016

**Details:**

(S//OC/NF) On 08/12/2016, SA [Non-SES], SOS [Non-SES] and SA Stephen M. Somma met with [Source ID] (CHS) to discuss CROSSFIRE

SECRET//ORCON/NOFORN

Title: (S//OC/NF) CHS Meeting 08/12/2016
Re:   97F-HQ-2063661, 08/15/2016

HURRICANE. The meeting took place at the CHS' home and lasted approximately 2 hours.

(S//OC/NF) CROSSFIRE DRAGON

(S//OC/NF) The interviewing team informed the CHS that CROSSFIRE DRAGON (CD), whom they had spoken about the prior day, was of interest to them. The team explained that due to CD's ties back to the Russian Federation (RF), CD would be the logical conduit for the RF to message to the Trump Campaign. The team asked if the CHS would be willing to contact CD, based off of their previous discussions in the [Source ID], and invite CD to a private meeting. The CHS agreed to contact CD and offered [Source ID] for the meeting or at a private club in the Washington, DC area. The team suggested that the [Source ID] would be preferable, as it would allow for a more private atmosphere, but would work with wherever the CHS and CD agree to meet.

(S//OC/NF) The team and the CHS discussed, that given the Trump Campaign's desire to hire the CHS as an adviser, the CHS is in a prefect position to ask CD direct questions about the Trump campaign's alleged ties to the RF. The team provided the CHS with several open source articles about the Trump Campaign.

(S//OC/NF) The team asked the CHS if s/he recalled when CD said he was in Abu Dhabi for Gazprom (discussed with the CHS the previous day). The CHS said that s/he beleives that it was approximately 3 months ago. The team asked if it was unusual for a senior foreign policy adviser to a presidential campaign to still be advising a company like Gazprom, the CHS thought it was. The CHS stated that s/he was under the impression that CD was connected to the Russian Government either through Gazprom or through other connections.

(S//OC/NF) The CHS was going to contact [Source ID] to obtain CD's e-mail address so that the CHS could recontact CD. The team told the CHS that if [Source ID] is unable to provide one, they could give the CHS the e-mail address they have. The team told the CHS that they would like to have the CHS contact CD as soon as possible.

2

~~SECRET//ORCON/NOFORN~~

Title: ~~(S//OC/NF)~~ CHS Meeting 08/12/2016
Re: 97F-HQ-2063661, 08/15/2016

### ~~(S//OC/NF)~~ CROSSFIRE RAZOR

~~(S//OC/NF)~~ The CHS was asked to recall the incident that s/he spoke about the previous day regarding CR. The team asked if the CHS recalled how CR was invited to [Source ID]. The CHS believed that the invite was most likely sent out by another member of the committee who shared responsibility of inviting speakers [Source ID] [Source ID] The CHS stated that s/he could contact someone on the committee and inquire how CR was invited.

~~(S//OC/NF)~~ The CHS was asked if s/he recalled if CR was alone during the presentation at [Source ID] or if CR was joined by a staff officer. The CHS did not remember another officer with CR, but said that that there was a representative from CR's organization there from a local military base. The CHS did clarify to the team that SVETLANA LAKHOVA got into the cab with CR at [Source ID] and then joined CR on the train to London.

~~(S//OC/NF)~~ The team thought, that given that the Trump Campaign was interested in the CHS joining, the CHS may be able to meet with CR as part of the CHS' due diligence of the campaign. During a meeting with CR, the team thought it would be another opportunity for the CHS to address the RF ties to the Trump campaign.

### ~~(S//OC/NF)~~ CROSSFIRE TYHPOON

~~(S//OC/NF)~~ The team asked the CHS if s/he thought an invitation to CT for CT to speak at [Source ID] would be better if extended via the [Source ID] The venue would be a small setting for CT to speak with current students and then travel to London. The CHS stated that s/he thought of an institute/think tank in London where CT might be able to speak as well, thereby allowing the FBI or others to have access to CT. The CHS opined that the [Source ID] would be open around the first or second week of October. The team asked if there was an opportunity to have CT to [Source ID] sooner, the CHS said s/he would look into it.

3

~~SECRET//ORCON/NOFORN~~

Title: (S//OC/NF) CHS Meeting 08/12/2016
Re: 97F-HQ-2063661, 08/15/2016

(S//OC/NF) The team provided the CHS with CT's e-mail address.

**SENATOR SESSIONS**

(S//OC/NF) The CHS was asked about Senator Sessions role as a senior foreign policy adviser on the Trump Campaign. The CHS does not know Sessions, but opined that Sessions is a conservative who would not be friendly to Russia.

**OTHER**



(S//OC/NF) The team inquired what the role of a foreign policy adviser consists of. The CHS explained that the main job is to put together position papers for the candidate. As the campaign progresses, the advisers help prepare the candidate for debates, playing the role of reporters in the rehearsals. After the debates are over, the CHS stated that the main role is to "put out fires" for the candidate.

(S//OC/NF) The CHS signed, under her/his codename, a FD-472 allowing the FBI to consensually monitor any conversations related to the CROSSFIRE HURRICANE investigation.

♦♦

4