IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SVETLANA LOKHOVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20-cv-1603 (LMB/TCB) |
| ) | |
| STEFAN A. HALPER, ) | |
| ) | |
| Defendant. ) | |

ORDER

Because the mandate of the U.S. Court of Appeals for the Fourth Circuit has been returned, it is hereby

ORDERED that defendant file an Answer or responsive pleading within 21 days of the date of this Order.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 12th day of May, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge