# EXHIBIT 1

Case 1:20-cv-01603-LMB-WEF Document 47-1 Filed 06/02/22 Page 2 of 5 PageID# 375
Case 1:19-cv-00632-TSE-JFA Document 73-2 Filed 09/19/19 Page 2 of 5 PageID# 1283

7/18/2019      Fundraiser for Donna O'Higgins by Svetlana Lokhova : Help Svetlana Lokhova to get justice from MSM



**$2,140** of $50,000 goal

Raised by 41 people in 1 month

# Help Svetlana Lokhova to get justice from MSM

I am seeking your help in raising the money for legal and other expenses in my case against Stefan Halper and the media outlets that published false articles about me and General Mike Flynn.

**Stefan Halper is the dirty political operator and spy, who embroiled an innocent woman in a conspiracy to undo the 2016 Presidential election and topple the President of the United States of America.**

Between January 2016 and May 2018, Halper colluded with rogue agents of the Federal Bureau of Investigation ("FBI"), with political operatives at Cambridge University, and with "journalists" employed by the **Wall Street Journal, the Guardian, the New York Times, the Washington Post** and other mainstream media outlets, to promote a narrative and publish statements about Plaintiff, about United States Army General Michael Flynn ("General Flynn"), and about others – statements that Halper and his confederates knew to be false

Halper drew Plaintiff into a web of lies. As part of the sophisticated counterintelligence operation, Halper manufactured and published numerous false and defamatory statements. Halper misrepresented that Plaintiff was a "Russian spy" and a traitor to her country and that Plaintiff had an affair with General Flynn on the orders of Russian intelligence. Halper tortiously interfered with and undermined Plaintiff's professional career and business by asserting

### Recent Donations ▾

**$200**
JF — John Flynn
4 days ago

**$5**
RW — R Wingrove
5 days ago

**$5**
RW — R Wingrove
21 days ago

 **$30**
Anonymous
22 days ago

 **$20**
Anonymous
24 days ago

**$60**
VH — Vicky Hennegan
25 days ago

 **$20**
Anonymous
25 days ago

that Plaintiff was not a real academic and that her research was provided by Russian intelligence on the orders of Vladimir Putin.

Halper and his confederates spread lies about Plaintiff and General Flynn in article after article published and republished and republished by third-parties over and over again between December 2016 and May 2019. The FBI knowingly used Halper's lies and the lies of others as the foundation and basis upon which to begin a "special investigation" into "collusion" between the Trump campaign and the Russian government.

I am seeking your help in raising the money for legal and other expenses in my case against Stefan Halper and the media outlets that published false articles about me and General Mike Flynn.

Thank you for your support.

See the details of my complaint here (https://www.courtlistener.com/recap/gov.uscourts.vaed.442627/gov.uscourts.vaed.442627.1.0_5.pdf)https://www.courtlistener.com/recap/gov.uscourts.vaed.442627/gov.uscourts.vaed.442627.1.0_5.pdf (https://www.courtlistener.com/recap/gov.uscourts.vaed.442627/gov.uscourts.vaed.442627.1.0_5.pdf)

| | AC | $40<br>A C<br>25 days ago |
|---|---|---|
| |  | $25<br>Anonymous<br>26 days ago |
| | JF | $300<br>John Flynn<br>26 days ago |

Viewing 10 of 41 Donations

 Leave a comment

📷 Share photos with your comment (Public)        Post

**R Wingrove**
5 days ago

Thank Q Svetlana, for standing up for what is right, for your pursuit of Truth & Justice under the law, for all. Thank God for people like you & General Flynn. God Bless.

↪ Share

**R Wingrove**
21 days ago

Truth & Equal Justice under the law for all. Thank Q Ma'am. God Bless.

↪ Share

**A C**
25 days ago

Keep up the good fight. Justice is on its way.

↪ Share

**James Atherton**
1 month ago

Best wishes getting your life back after our intelligence community and media maligned you and your good name.

↪ Share

**R W**
1 month ago

Truth & Equal Justice under the law, for all people, must prevail. Thank Q Svetlana. Good Luck, Godspeed & God Bless

↪ Share

**Douglas Connor**
1 month ago

Good luck! So sorry this happened to you. Thank you for fighting this injustice. I served WAY under Gen Flynn but I know he's a good man and neither of you deserved this.

↪ Share



**Michael** (https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=hQyB606k98lq7RYmaDLPkg2XeS885wRCrzjCf%2BauZkU%3D)
(https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=hQyB606k98lq7RYmaDLPkg2XeS885wRCrzjCf%2BauZkU%3D)
1 month ago

Friends, please help Svetlana in her lawsuit against Stefan Halper (FBI Informant )and the MSM hacks who smeared her and Gen Flynn with lies and nonsense ... time to fight back!

↱ Share



**David Glentworth**
1 month ago

Good luck!

↱ Share

**James Bancroft**
1 month ago

the obama administration was a criminal enterprise from the start. the democrat party is the mafia that controls Obama.

↱ Share