IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Svetlana Lokhova, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-1603 (LMB)(TCB) |
| | ) | |
| Stefan A. Halper, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the motion of Defendant Stefan A. Halper respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing this case, it is hereby this ___ day of June, 2022,

ORDERED that Defendant's motion to dismiss be granted, and it is

FURTHER ORDERED that this action is dismissed with prejudice.

_____
United States District Judge