# CIVIL MOTION MINUTES

Date: 07/15/22

Time: 10:36am – 10:54am

Judge: Brinkema
Reporter: S. Austin

Civil Action Number: 1:20cv1603

Svetlana Lokhova    vs.    Stefan A. Halper

Appearances of Counsel for    (X) Pltf    (X) Deft

Motion to/for:
#47 Deft Motion to Dismiss Failure to State a Claim
#48 Deft Motion to Dismiss Failure to State a Claim

Argued &
( ) Granted    (X) Denied    ( ) Granted in part/Denied in part
( ) Held in Abeyance    ( ) Taken Under Advisement    ( ) Continued to    ( ) Overruled

Counsel directed to file answer within 14 days

( ) Memorandum Opinion to Follow

(X) Order to follow