IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SVETLANA LOKHOVA, | ) |
| Plaintiff, | ) |
| v. | ) 1:20-cv-1603 (LMB/TCB) |
| STEFAN A. HALPER, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant's Motions[1] to Dismiss for Failure to State a Claim [Dkt. Nos. 47, 48] be and are DENIED. A scheduling order will be issued forthwith.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 15 day of July, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] Both docket numbers appear to represent the same motion.