# 19-443, Mary Biggs

Tasha Brown <Tasha_Brown@mdd.uscourts.gov>

Mon 6/6/2022 11:47 AM

To: Leslie McAdoo Gordon <leslie.mcadoo@mcadoolaw.com>;Davio, Michael (USAMD) <Michael.Davio@usdoj.gov>

Cc: MDD_PXChambers <MDD_PXChambers@mdd.uscourts.gov>

Hi Counsel,

This email is to confirm that this trial has been scheduled for **August 8, 2022 and is expected to last 5 days.** Thank you.

*Tasha Brown*

Judicial Assistant to The Honorable Paula Xinis
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-3119