UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SVETLANA LOKHOVA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEFAN A. HALPER, ) <br> ) <br> Defendant. ) | No: 1:20−cv−01603−LMB−WEF |

# [PROPOSED] ORDER

Upon consideration of the Consent Motion to Continue Initial PreTrial Conference, it is hereby this _____ day of July ____ 2022,

ORDERED that the motion is granted, and it is

FURTHER ORDERED that the Initial Pre-Trial Conference in this matter is continued to August 19, 2022 at 11:00 a.m.

_____
Leonie M. Brinkema
United States District Judge