# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
 2                      ALEXANDRIA DIVISION

 3    --------------------------x
      SVETLANA LOKHOVA,         :    Civil Action No.:
 4                              :    1:20-cv-1603
                  Plaintiff,    :
 5         versus               :    Friday, July 15, 2022
                                :
 6    STEFAN A. HALPER,         :
                                :
 7                Defendant.    :
      --------------------------x
 8

 9         The above-entitled motion to dismiss was heard
      before the Honorable Leonie M. Brinkema, United States
      District Judge.  This proceeding commenced at 10:40 a.m.
10
                    A P P E A R A N C E S:
11

12    FOR THE PLAINTIFF:   LESLIE MCADOO GORDON, ESQUIRE
                           MCADOO GORDON & ASSOCIATES, PC
13                         1140 19th Street, NW
                           Suite 602
14                         Washington, D.C.  20036
                           (202) 293-0534
15
      FOR THE DEFENDANT:   TERRANCE REED, ESQUIRE
16                         LANKFORD & REED PLLC
                           120 N Saint Asaph Street
17                         Alexandria, Virginia  22314
                           (703) 299-5000
18
      COURT REPORTER:      STEPHANIE M. AUSTIN, RPR, CRR
19                         Official Court Reporter
                           United States District Court
20                         401 Courthouse Square
                           Alexandria, Virginia  22314
21                         (571) 298-1649
                           S.AustinReporting@gmail.com
22
           COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
23

24

25
                                                              1
```

```
1    counsel waited too long to bring those suits.  But the claim

2    that a British or an American academic is a Russian spy is

3    defamatory; the claim that a British or an American academic

4    is a counterspy for us, is not.

5          Mr. Reed and Mr. Halper certainly must have known

6    when they sent this letter that the things that they're

7    claiming are defaming him are not defaming him.  He just

8    doesn't want the book published no matter what.  And if he

9    can intimidate people into not publishing, then he'll do it.

10   But if they stand their ground and actually publish, then he

11   doesn't actually follow through on the defamation suit,

12   which is how we know it's a sham, it's false, it's fake.

13   There is no defamation except by Mr. Halper.

14         THE COURT:  All right.  I'm denying the motion to

15   dismiss.  I'm going to direct that an answer be filed within

16   14 days.  We're going to issue a scheduling order.

17         But I'm putting both counsel on notice, because I

18   recognize that -- frankly, the animosity between the

19   parties, that I expect this case to be properly litigated by

20   counsel, that I want the rhetoric kept cool, both in terms

21   of the pleadings, the written pleadings, and oral argument.

22   I don't want to see ad hominems, and I am going to make sure

23   that -- we're going to have to reassign the magistrate judge

24   because Judge Buchanan is about to retire.  So there will be

25   a new magistrate judge appearing on the case.  Don't be
```

12

```
 1   surprised about that.  That's the reason why that's going to

 2   happen.

 3            But hopefully you can perhaps even work this

 4   matter out.  We're always in favor of parties trying to work

 5   things out.  There is a good mediation program here at the

 6   courthouse.  Whoever the magistrate judge is who will be

 7   reassigned to the case will be the first person you would go

 8   to if you want the Court assistance with settlement.  In

 9   lieu of that, there are private mediators out there as well.

10            If you don't settle, then we'll start the

11   discovery, it will start very soon, and we will see you in a

12   few months then for further motions.  But that's the Court's

13   ruling.

14            All right.  We'll recess court for the day.

15            (Proceedings adjourned at 10:57 a.m.)

16            ----------------------------------

17   I certify that the foregoing is a true and accurate

18   transcription of my stenographic notes.

19

20                        Stephanie Austin
                          _____
21                        Stephanie M. Austin, RPR, CRR

22

23

24

25
                                                               13
```