# EXHIBIT D

## Your letter of August 5, 2022

**Leslie McAdoo Gordon** <leslie.mcadoo@mcadoolaw.com>
Sun 8/7/2022 3:30 PM
To: Terry Reed <tgreed@lrfirm.net>

Dear Terry:

I am responding to your letter of Friday, August 5, 2022 regarding this case. At the outset, I note that the letter states that you are enclosing a draft renewed motion to compel the production of documents yet there is no such motion enclosed, at least with the email version that you sent me. As such, I can't respond to that per se. You say you have also "mailed" the documents to me, but I have yet to received them from my office as I am working remotely preparing for trial. Perhaps they will arrive on Monday.

More basically, I am puzzled by your proposed course of action. You served document requests on Ms. Lokhova in aid of execution upon judgment in 2021. The judgment on which the document requests were based has since been reversed and the document requests are therefore moot.

Discovery in this case is now starting anew following the court's denial of Mr. Halper's motion to dismiss the Amended Complaint. Accordingly, you emailed me brand new discovery requests on July 25, 2022. However, as I pointed out in my response of July 30, 2022, those discovery requests were not properly served. Rather than properly serve your new requests concerning the operative Complaint, you have instead threatened to file a renewed - and baseless - motion to compel with respect to discovery requests that are moot based on the Fourth Circuit's decision this Spring.

Further, although you know I have a federal criminal trial beginning tomorrow that will last into next week. you have again sought to expedite matters in this case and have asserted an arbitrary deadline demanding my response by this Thursday, August 11, 2022.

If you choose to file a motion to compel in these circumstances, I can't stop you. If so, I will look forward to addressing it with the Magistrate Judge. However, I would suggest that you cease this procedural gamesmanship and settle down to the business of properly litigating this case, which we can turn to once my trial is concluded. I would prefer to handle this matter between us professionally, and with the courtesy that the court expects between counsel. However, if we must involve the court to achieve that, then so be it.

*Leslie*

**Leslie McAdoo Gordon**
**McAdoo Gordon & Associates, P.C.**
1629 K Street, N.W.
Suite 300
Washington, DC  20006
(202) 704-7388
mcadoolaw.com