# EXHIBIT F

## RE: Lokhova Deposition Date; Motion for Protective Order; Notice of Hearing Date

**Terry Reed** <tgreed@lrfirm.net>
Fri 8/19/2022 11:54 AM

To: Leslie McAdoo Gordon <leslie.mcadoo@mcadoolaw.com>
Cc: Luskin, Robert <robertluskin@paulhastings.com>

Leslie,

On August 3rd, the judge put this case on a fast track for discovery, permitting it to commence immediately (in advance of the initial pretrial conference).   I have been trying to comply with the judge's admonition to complete discovery timely.

Your client failed to appear for her previously noticed deposition in November 2021, and has failed to comply with all applicable discovery deadlines since.   The only explanation I received from Mr. Biss for these total discovery failures is that Plaintiff was not communicating with him.   On August 8th, I sent you a draft renewed motion to compel listing these multiple discovery failures and asking whether they would continue.  I even reduced the prior document requests to those documents which your predecessor counsel denied having possession or control because they were allegedly in the exclusive possession of your client, who declined to product them.  You have yet to confirm that these documents will be produced, even though they were first requested in August 2021.

Given this history, noticing Plaintiff's deposition for a second time on September 6th with 36 days advance notice is reasonable.   It is scheduled to follow her production of documents on September 1st.   Please feel free to file for a protective order if you think it warranted, but I don't.    I specifically do not agree with your proposal to notice a protective motion for a hearing date (September 9th) after the noticed September 6th deposition date.  I would object to this date, and will take the position that a failure to appear is a second deposition default by plaintiff.    I am happy to take this issue up with the Magistrate next week if you want.   We have a few other discovery matters to take up.

As I previously explained, I have not agreed to extend discovery deadlines under the federal or local rules.   Your refusal to accept electronic service of discovery documents has already introduced enough delay in the discovery  process.  Again, feel free to file a protective order motion on this subject also, or take it up at the initial pretrial conference.

---

**From:** Leslie McAdoo Gordon <leslie.mcadoo@mcadoolaw.com>
**Sent:** Thursday, August 18, 2022 6:12 PM
**To:** Terry Reed <tgreed@lrfirm.net>
**Subject:** Lokhova Deposition Date; Motion for Protective Order; Notice of Hearing Date

Terry:  I was surprised to receive from you a notice of deposition for Ms. Lokhova without any prior consultation with me as to her or my availability.  I have never had this happen before in any case I have litigated in the E.D. Va.  I was doubly surprised because, as you know, I have been in trial and

Ms. Lokhova resides overseas and is also the full-time caregiver for her pre-school age child.

As professionals, we will need to co-ordinate things like party and expert depositions. Obviously, we are both going to take depositions of the other party and our experts. Those do not need to be done at this early stage of the discovery phase, however.

Will you agree to consider your deposition notice for Ms. Lokhova as a placeholder pending our agreement on a mutually acceptable date? I would propose to depose Mr. Halper in the same week so that Ms. Lokhova may attend his deposition if she chooses as well.

I also note that you have served interrogatories on me on August 1, although I had previously advised you orally and in writing that I was preparing for a criminal trial in federal court that commenced on August 8 and lasted through August 15 and so would need a 15-day extension for any discovery responses. If you will not agree to extend the deadlines for objections and responses to these discovery requests and to treat the deposition notice for Ms. Lokhova as a placeholder, then I will be filing a Motion for Protective Order tomorrow and noticing it for a hearing on September 9th, although we can certainly discuss the motion with Magistrate Fitzgerald next week instead if you like.

*Leslie*

**Leslie McAdoo Gordon**
**McAdoo Gordon & Associates, P.C.**
1629 K Street, N.W.
Suite 300
Washington, DC  20006
(202) 704-7388
mcadoolaw.com