UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| SVETLANA LOKHOVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEFAN A. HALPER, )<br>)<br>Defendant. )<br>) | No: 1:20−cv−01603−LMB−WEF |

### NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER UNDER RULE 26(c)(3)

Plaintiff, Svetlana Lokhova, by counsel, notices the hearing on her Motion for Protective Order {ECF #68} for Wednesday, August 24, 2022, at 11 a.m.,[1] as a matter to be taken up by the assigned Magistrate Judge at the Initial Pre-trial Conference scheduled for that date.

Dated: August 19, 2022        Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon (VA Bar #41692)
McAdoo Gordon & Associates, P.C.
1629 K Street, N.W.
Suite 300
Washington, DC  20006
(202) 704-7388
leslie.mcadoo@mcadoolaw.com

---

[1] Plaintiff's Counsel and Defense Counsel have conferred and jointly agree to the hearing of the noticed motion at the Initial Pre-Trial Conference.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2022, I electronically filed the foregoing Notice using the CM/ECF system which will then send a notification of such filing (NEF) to all interested parties.