# EXHIBIT A

Case 1:20-cv-01603-LMB-WEF   Document 70-2   Filed 08/19/22   Page 2 of 4 PageID# 701

# SPYGATE EXPOSED

## SVETLANA LOKHOVA



Case 1:20-cv-01603-LMB-WEF   Document 70-2   Filed 08/19/22   Page 2 of 4 PageID# 701

# SPYGATE EXPOSED

## The Failed Conspiracy Against President Trump

Svetlana Lokhova

# DEDICATION

I dedicate this book to the loyal men and women of the security services who work tirelessly to protect us from terrorism and other threats. Your constant vigilance allows us, your fellow citizens to live our lives in safety.

And to every American citizen who, whether they know it or not, almost lost their birthright government of the people, by the people, for the people—at the hands of a small group of men who sought to see such freedom perish from the earth.

God Bless Us All.

© **Svetlana Lokhova 2020.**

No part of this book may be reproduced, stored in a retrieval system, or transmitted by any means without the written permission of the author.

www.spygate-exposed.com