# EXHIBIT B

8/19/22, 3:54 PM  Spygate Exposed: The Conspiracy to Topple President Trump: Lokhova, Svetlana: 9781636289953: Amazon.com: Books

Case 1:20-cv-01603-LMB-WEF Document 70-3 Filed 08/19/22 Page 2 of 6 PageID# 705



8/19/22, 3:05 PM  Spygate Exposed: The Conspiracy to Topple a President: Lokhova, Svetlana: 9798669162399: Amazon.com: Books

Case 1:20-cv-01603-LMB-WEF   Document 70-3   Filed 08/19/22   Page 3 of 6 PageID# 706



**Spygate Exposed**
› Svetlana Lokhova
4
Paperback
$20.00
FREE Delivery
Purchased May 2022



**The Spy Who Changed History: The Untold Story of How the Sov...**
› Svetlana Lokhova
90
Hardcover
$7.11
FREE Delivery

## Customers who bought this item also bought



**The Permanent Coup: How Enemies Foreign and Domestic Targete...**
› Lee Smith
947
Hardcover
$16.77
FREE Delivery

## Product details

- **ASIN** : B08NXFRL1K
- **Publisher** : Independently published (November 23, 2020)
- **Language** : English
- **Paperback** : 365 pages
- **ISBN-13** : 979-8669162399
- **Item Weight** : 1.37 pounds
- **Dimensions** : 6 x 0.92 x 9 inches
- **Best Sellers Rank:** #3,131,181 in Books (See Top 100 in Books)
  - #2,214 in Espionage True Accounts
- **Customer Reviews:** 5 ratings

## Videos

Help others learn more about this product by uploading a video!

[Upload your video]

## About the author

**Tell the Publisher!**
I'd like to read this book on Kindle

Don't have a Kindle? Get your Kindle here, or download a FREE Kindle Reading App.



Follow authors to get new release updates, plus improved recommendations.



### Svetlana Lokhova

Svetlana Lokhova is a Byefellow of Churchill College University of Cambridge. She holds an MPhil and BA (Hons) in History from University of Cambridge.

Follow        ∨ Read more

### Related products with free delivery
Sponsored



**A Spy in Plain Sight: The Inside Story of the FBI and Robert Hanssen   America's...**
Lis Wiehl

*An acclaimed legal analyst delves into dark and disastrous case of Robert Hanssen—a Russian spy who was embedded in the FBI for two decades.*

58
Hardcover
$19.82



**Detective Crime Scene And Mystery Picture Puzzle Spot The Difference: Crime...**
Viv Game

3
Paperback
$8.99



**Spot The Difference Hospital Themed Picture Puzzle: 45 Hidden Images, Find The D...**
Viv Game

1
Paperback
$8.99



**Spot The Difference American Football Themed Picture Puzzle: 45 Hidden Images, F...**
Viv Game

1
Paperback
$7.99



**Spot The Difference Sports Themed Picture Puzzle: 45 Hidden Images, Find The Diff...**
Viv Game

2
Paperback
$7.99


327


Sponsored

### How would you rate your experience shopping for books on Amazon today?

Very poor ----- Neutral ----- Great

8/19/22, 3:56 PM Amazon.com: Spygate Exposed: The Conspiracy to Topple a President eBook : Svetlana, Lokhova: Kindle Store

Case 1:20-cv-01603-LMB-WEF Document 70-3 Filed 08/19/22 Page 5 of 6 PageID# 708

## Customer reviews

**5 out of 5**

5 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work



THE SEARCHER a gripping historical crim…
466
$2.99
Shop now

Sponsored

Top reviews

### Top reviews from the United States

There are 0 reviews and 4 ratings from the United States

### Top reviews from other countries

 Amazon Customer

**Fascinating first hand account**

Reviewed in the United Kingdom on December 27, 2020

**Verified Purchase**

A fascinating, tragic and indignant first hand account of a vicious political plot which would stop at nothing to sabotage the US President.

In this well researched book, Svetlana Lokhova delves into the sordid details of the Russia collusion hoax and how she became a victim, targeted as she was by the brazen lies of intelligence operatives, working in league with the deceitful media hacks who led an international disinformation campaign which destroyed innocent lives and misled the public. Abandoned by the perfidious cowardice of her former colleagues at the University of Cambridge, she hopes to set the record straight and expose every player involved. A must read!

Report abuse

See all reviews ›

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID 19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |

| | | | |
|---|---|---|---|
| Sustainability | Become an Affiliate | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Become a Delivery Driver | Shop with Points | Amazon Prime |
| Investor Relations | Start a package delivery business | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| | Host an Amazon Hub | Promotional Financing | Amazon Assistant |
| | › See More Ways to Make Money | | Help |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations |
| IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products |
| Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates