# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SVETLANA LOKHOVA )
)
Plaintiff, )
)
v. ) Civil Action No. 1:20-cv-1603(LMB)(TCB)
)
STEFAN A. HALPER )
)
)
Defendant. )
_____)

## Declaration of Emma McLauglin

I, Emma McLaughlin, do state and affirm based upon my personal knowledge:

1. I am over the age of 18, and am currently a law student at the University of Virginia. In October 2021 I was a first year UVA law student and over the age of 18. I am not a party to this litigation.

2. On October 29, 2021, I served by hand delivery upon Plaintiff counsel Steven Biss at his office located at 300 West Main Street, Suite 102, Charlottesville, Virginia the following:
    (i) a notice of deposition for the Plaintiff for November 23, 2021;
    (ii) a notice of deposition for Plaintiff counsel for November 22, 2021;
    (iii) a subpoena for the testimony and documents of Steven Biss with an attachment and a return date of November 22, 2021; and

      (iv)    Two checks of $40 dollars each for witness fees.

3. Specifically, I spoke directly with Mr. Biss at his office. He confirmed that he could accept service of the documents, and I placed them in his hands.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2022

*Emma McLaughlin* (signature)

Emma McLaughlin