# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SVETLANA LOKHOVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv1603(LMB)(WF) |
| ) | |
| STEFAN A. HALPER, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF DEPOSITION OF SVETLANA LOKHOVA

To:   SVETLANA LOKHOVA, Plaintiff

   c/o Leslie McAdoo Gordon, Esq.
   MCADOO GORDON & ASSOCIATES, P.C.
   1629 K Street, N.W., Suite 300.
   Washington, DC  20006

   PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 and Fed. R. Civ. P. 45, counsel for Defendant will take the deposition of Svetlana Lokhova on September 6, 2022 **beginning at 10 a.m.** The deposition will be taken upon oral examination of the person whose name is stated above at the time and place indicated before a notary public or other officer authorized to administer oaths authorized by law to take depositions in the Commonwealth of Virginia. The deposition will be done in person and may be videotaped.

   The deposition is being taken for the purposes of discovery, for use at trial, or for other such purposes as are permitted under the applicable and governing rules. If necessary, the deposition shall continue from day to day until completed. In compliance with the Americans

with Disabilities Act of 1990, you are hereby notified that if you require special accommodations due to a disability, you should contact Terrance G. Reed no later than seven (7) days prior to the date your appearance is required pursuant to this notice to ensure that reasonable accommodations are available.

By: /s/ *RL/TGR*

Robert Luskin
Admitted Pro Hac Vice
Paul Hastings LLP
875 15th ST NW
Washington, DC 20005
202-551-1966
202-551-0466
robertluskin@paulhastings.com

Terrance G. Reed (VA Bar No.46076)
Lankford & Reed PLLC
120 N. St. Asaph St.
Alexandria, VA 22314
Phone: (703) 299-5000
Facsimile: (703) 299-8876
Email: tgreed@lrfirm.net

*Attorneys for Stefan A. Halper*

## CERTIFICATE OF SERVICE

I, Terrance Reed, counsel for Defendant, hereby certify that on this 1st day of August, 2022, I served the foregoing Notice of Deposition of Plaintiff Svetlana Lokhova by first class mail, postage prepaid, upon counsel for Plaintiff at the

following address:

>Leslie McAdoo Gordon
>MCADOO GORDON & ASSOCIATES, P.C.
>1629 K Street, N.W., Suite 300.
>Washington, DC 20006

>*/s/ Terrance G. Reed*
>Terrance G. Reed (VA Bar No.46076)
>Lankford & Reed PLLC
>120 N. St. Asaph St.
>Alexandria, VA 22314
>Phone: (703) 299-5000
>Facsimile: (703) 299-8876
>Email: tgreed@lrfirm.net