# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SVETLANA LOKHOVA )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:20-cv-1603(LMB)(TCB)
)
STEFAN A. HALPER )
)
)
    Defendant. )
_____)

## Declaration of Murphy Kenefick

I, Murphy Kenefick, do state and affirm based upon my personal knowledge:

1. I am over the age of 18, and am currently a second year law student. I am not a party to this litigation. I was over the age of 18 when I served the documents described in this Declaration.
2. On August 1, 2022, I served by hand delivery a copy of Defendant Halper's Amended First Set of Document Requests, and a copy of defendant Halper's Amended First Set of Interrogatories upon Plaintiff counsel by leaving them in a conspicuous place at her law offices at 1629 K Street, N.W., Washington, D.C.
3. Specifically, I left copies of these documents in Suite 300 by delivering them to a Ms. Chantal who confirmed that she was a secretary to Leslie Gordon and could accept service for plaintiff counsel.
4. In addition, on the same day (August 1, 2022), I mailed another set of the same Amended First Sets of Document Requests and Interrogatories by first class mail postage prepaid, to Plaintiff counsel at the same address, Suite 300, 1629 K Street, N.W. Washington, D.C.

5. On August 2, 2022, I placed in the mail, with postage prepaid, a notice of deposition for the Plaintiff, Svetlana Lokhova for the date of September 6, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2022

*Murphy Kenefick*