UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| SVETLANA LOKHOVA, <br><br> Plaintiff, <br><br> v. <br><br> STEFAN A. HALPER, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    No: 1:20-cv-01603-LMB-WEF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF HEARING ON PLAINTIFF/COUNTERDEFENDANT'S
MOTION TO DISMISS COUNTERCLAIMS AND/OR
FOR SUMMARY JUDGMENT

Plaintiff/Counter-Defendant, Svetlana Lokhova, by counsel, notices the hearing on her Motion to Dismiss and/or For Summary Judgment {ECF #70} for Friday, September 9, 2022, at 10 a.m.[1]

Dated: August 22, 2022       Respectfully submitted,

                                              _____/s/_____
                                         Leslie McAdoo Gordon (VA Bar #41692)
                                         McAdoo Gordon & Associates, P.C.
                                         1629 K Street, N.W.
                                         Suite 300
                                         Washington, DC  20006
                                         (202) 704-7388
                                         leslie.mcadoo@mcadoolaw.com

---

[1] Plaintiff's Counsel and Defense Counsel have conferred and jointly agree to the hearing of the noticed motion on that date.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2022, I electronically filed the foregoing Notice using the CM/ECF system which will then send a notification of such filing (NEF) to all interested parties.