# EXHIBIT 2

From: **Luskin, Robert** <robertluskin@paulhastings.com>
Date: Fri, Nov 22, 2019 at 2:53 PM
Subject: RE: Media Request
To: Margot Cleveland <margotcleveland@gmail.com>, rkmoir@lrfirm.net <rkmoir@lrfirm.net>, tgreed@lrfirm.net <tgreed@lrfirm.net>

Ms. Cleveland
  The story you are preparing to run is false and defamatory.  Publish at your peril.  Professor Halper is prepared to hold you and your publication accountable if you proceed.


Robert Luskin

Robert Luskin
Paul Hastings LLP
875 15th ST NW
Washington, DC 20005
T:  +1.202.551.1966
F:  +1.202.551.0466
M: +1.202.257.8279

_____
From: Margot Cleveland [margotcleveland@gmail.com]
Sent: Friday, November 22, 2019 11:38 AM
To: rkmoir@lrfirm.net; Luskin, Robert; tgreed@lrfirm.net
Subject: [EXT] Media Request

Gentlemen,

I am preparing a story for Monday that reports that your client, Stefan Halper, asked Cambridge Professor Bill Foster, to spy on Svetlana Lokhova.  I would like to offer your client an opportunity to explain why had had asked Foster to do so.  Also, what information, if any, did Halper, relay to the IC which originated with Foster?  Did Halper pay Foster or arrange for Foster to obtain a contract to write a CIA book in exchange for this week?

My deadline is Sunday morning at 10:00 ET.

Regards,
Margot Cleveland
Senior Contributor, The Federalist



****************************************************************************
************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received
this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name
and other contact details, and IP address.  For more information about Paul Hastings? information collection, privacy
and security principles please click HERE. If you have any questions, please contact
[Privacy@paulhastings.com](mailto:Privacy@paulhastings.com).