UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SVETLANA LOKHOVA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEFAN A. HALPER, ) <br> ) <br> Defendant. ) | No: 1:20−cv−01603−LMB−WEF |

## PROPOSED ORDER

UPON CONSIDERATION OF the Plaintiff's Motion to Disqualify Terrance G. Reed and Robert D. Luskin as Defendant's Trial Counsel it is this _____ day of _____ 2022, hereby

ORDERED that the Plaintiff's motion is GRANTED, and it is further

ORDERED that attorneys Terrance G. Reed and Robert D. Luskin are disqualified from appearing as trial counsel in this matter.

_____
Hon. Leonie M. Brinkema
United States District Judge