UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SVETLANA LOKHOVA,

       Plaintiff,

v.

STEFAN A. HALPER,

       Defendant.

No: 1:20-cv-01603-LMB-WEF

### NOTICE OF HEARING ON PLAINTIFF'S MOTION TO DISQUALIFY TERRANCE G. REED and ROBERT D. LUSKIN as DEFENDANT'S TRIAL COUNSEL

Plaintiff, Svetlana Lokhova, by counsel, notices the hearing on her Motion to Disqualify Terrance G. Reed and Robert D. Luskin as Defendant's Trial Counsel {ECF #73} for Friday, September 30, 2022, at 10 a.m.[1]

Dated: August 23, 2022

Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon (VA Bar #41692)
McAdoo Gordon & Associates, P.C.
1629 K Street, N.W.
Suite 300
Washington, DC  20006
(202) 704-7388
leslie.mcadoo@mcadoolaw.com

---

[1] Plaintiff's Counsel and Defense Counsel have conferred and jointly agree to the hearing of the noticed motion on that date.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2022, I electronically filed the foregoing Notice using the CM/ECF system which will then send a notification of such filing (NEF) to all interested parties.