UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>

## MOTION HEARING

**DATE:** __8/24/22_____
**START:** _11:38 a.m._____
**FINISH:** __12:08 p.m._____
**REPORTER:** <u>FTR</u>
**DEPUTY CLERK:** <u>TINA FITZGERALD</u>

**Civil Action Number:** __1:20-cv-1603_____

        Lakhova

           vs.

        Halper

Appearance of Counsel for:    ( x ) Plaintiff    ( x ) Defendant    (   ) Interested Party
                                            (   ) Pro Se Pltf   (   ) Pro Se Deft

Motion:
_____regarding Discovery DE# 68_____
_____

(   ) Matter is Uncontested and Taken Under Advisement

Argued &

(   ) Granted  (   ) Denied  ( x ) Granted in part/Denied In Part
(   ) Taken Under Advisement  (   ) Continued to _____

_____
_____

(   ) Report and Recommendation to Follow

( x ) Order to Follow

(   ) Rule to Show Cause to be Issued