UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SVETLANA LOKHOVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEFAN HALPER, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:20cv1603 (LMB/WEF) |

**ORDER**

This matter is before the Court on Plaintiff's Discovery Motion (Dkt. 68).

For reasons stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**.

**ENTERED** this 24th day of August, 2022.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia