UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| SVETLANA LOKHOVA, | ) ) ) | |
| Plaintiff, | ) ) | No: 1:20-cv-01603-LMB-WEF |
| v. | ) ) | |
| STEFAN A. HALPER, | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF HEARING ON PLAINTIFF'S MOTION - OBJECTIONS TO MAGISTRATE'S RULINGS ON MOTION FOR PROTECTIVE ORDER UNDER RULE 26(c)(3)

Plaintiff, Svetlana Lokhova, by counsel, notices the hearing on her Motion – Objections to Magistrate's Rulings on Motion for Protective Order Under Rule 26(c)(3) {ECF #78} for Friday, September 2, 2022, at 10 a.m.

Dated: August 26, 2022

Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon (VA Bar #41692)
McAdoo Gordon & Associates, P.C.
1629 K Street, N.W.
Suite 300
Washington, DC  20006
(202) 704-7388
leslie.mcadoo@mcadoolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2022, I electronically filed the foregoing Notice using the CM/ECF system which will then send a notification of such filing (NEF) to all interested parties.