UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>

CIVIL MOTION

DATE: __8/31/22_____
START: _2:04 p.m._____
FINISH: __5:51: p.m._____
COURT REPORTER: <u>STEPHANIE AUSTIN</u>
DEPUTY CLERK: <u>TINA FITZGERALD</u> & <u>LYNNELLE CREEK</u>

**Civil Action Number:** __1:20-CV-1603_____

Lokhova

vs.

Halper

Appearance of Counsel for:   ( x ) Plaintiff    ( ) Pro Se Plaintiff
                             ( x ) Defendant ( ) Pro Se Defendant

Motion:

**Plaintiffs Objectives to Defendant's Discovery-DE#80**

Ruling:

( ) Motion is uncontested and taken under consideration

Argued &

( ) GRANTED
( ) DENIED
( ) GRANTED IN PART/DENIED IN PART

**The Moton is Sustained in Part and Overruled in Part.**
_____
_____

(     ) Report and Recommendation to Follow
( x ) Order to Follow