UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SVETLANA LOKHOVA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20cv1603 (LMB/WEF) |
| STEFAN HALPER, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's Objections to Defendant's Discovery Requests (Dkt. 80). The matter was fully briefed and on August 31, 2022, the Court held a hearing and heard arguments of counsel.

For reasons stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Objections (Dkt. 80) are **SUSTAINED IN PART** and **OVERRULED IN PART**; it is further

**ORDERED** that Plaintiff shall serve interrogatory responses and document productions on Defendant, consistent with the Court's rulings, by September 3, 2022, at 12:00 p.m.

**ENTERED** this 31st day of August, 2022.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia