# CIVIL MOTION MINUTES

Date: 09/02/22

Time: 9:59am – 10:13am

Judge: Brinkema
Reporter: T. Harris

Civil Action Number: 1:20cv1603

Svetlana Lokhova   vs.   Stefan A. Halper

Appearances of Counsel for   (X) Pltf   (X) Deft

Motion to/for:
#78 Pltf Motion for Reconsideration (Rule 72)
cons

Argued &
(  ) Granted   (  ) Denied   (  ) Granted in part/Denied in part
(  ) Held in Abeyance   (  ) Taken Under Advisement   (  ) Continued to (X) Overruled

Court advised of case status

(  ) Memorandum Opinion to Follow

(X)   Order to follow