IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SVETLANA LOKHOVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20-cv-1603 (LMB/WEF) |
| ) | |
| STEFAN A. HALPER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having been advised that the deposition of plaintiff Svetlana Lokhova scheduled for 10:00 a.m. BST over Zoom would require counsel based in the United States to appear for the deposition at 5:00 am EST, the Court has rescheduled the deposition of plaintiff; and it is hereby

ORDERED that plaintiff Svetlana Lokhova appear for the deposition on September 6, 2022, at 1:00 p.m. BST, to be taken by Zoom at the London office of Paul Hastings LLP, 100 Bishopsgate, London, EC2N 4AG, United Kingdom.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 2ND day of September, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge