# Exhibit 1

**Top**  **Latest**  **People**  **Photos**  **Videos**

 **Svetlana Lokhova** · 4/26/20

Recall: Halper was paid huge amounts by Pentagon's ONA, **CIA** slush fund.
Sen Grassley told @MariaBartiromo Halper won't answer questions because he is ill.
Halper framed @GenFlynn and entrapped other Trump advisors.



21.4K views

💬 31    ↻ 379    ♡ 710    ↑

 **PhRMA** ✓ @PhRMA

Due to secondary infections during COVID-19, antimicrobial resistance (AMR) is on the rise, and some infections are increasingly untreatable. The biopharmace...
industry continues R&D against this

**Top** | Latest | People | Photos | Videos

♡ 21   ⇄ 400   ♡ 557

**Svetlana Lokhova** · 12/21/19
The amount Stefan **Halper** was paid by the FBI for setting up Carter Page is redacted. Funny that. The FBI payments are in addition to the sums paid to him by the **Pentagon** ($700,000) and whatever Fusion GPS paid him. Lucrative gig this informing lark.

💬 22   ⇄ 502   ♡ 992   ↑

**Svetlana Lokhova** · 11/29/19
Wow former CIA analyst says Brennan task force was set up in late summer/early autumn 2015. That's exactly when **Pentagon** contracts **Halper** to manufacture dirt on @GenFlynn using CIA slush fund. Flynn is meeting Trump throughout summer 2015 with a view to help him to win.

Brennan was mistaken in citing "early 2016" as the date it was started. I have now learned that Brennan's Task Force began in the late summer/early fall of 2015. It is worth noting that the Washington Post, not exactly a pro-Trump outlet, also reported that Bren[nan] a secret task force comprised of CIA, FBI and NSA person[nel]. Post simply failed to provide a date when the Task Force s[tarted] operating:

| Top | Latest | People | Photos | Videos |

 **Svetlana Lokhova** · 11/30/19
There is now a criminal investigation into **Pentagon**'s slush funds payments to CIA operative **Halper**. He was paid to steal your vote and then to overturn the presidency of @realDonaldTrump MUST LISTEN: Dennis Prager Scores Interview with Lokhova
redstate.com/slee/2019/11/0...

💬 9    🔁 208    ♡ 264    ⬆️

 **Svetlana Lokhova** @... · 4/21/20
For those pushing "Russian Disinformation" by **Halper** through Steele, ask yourself the question, when did **Halper** become a "Russian asset"? 2008? 2009? 20010? 2011? 20016?
**Halper** was a paid informer for the FBI since 2008 (IG report) and was paid by the **Pentagon** since 2011.

💬 7    🔁 71    ♡ 137    ⬆️

**Show this thread**

Svetlana Lokhova · 11/29/19

**Top** | Latest | People | Photos | Videos



**Svetlana Lokhova** @R... · 1/6/20
August 2015: @GenFlynn meets @realDonaldTrump
September 2015: **Halper** is awarded $245k by **Pentagon**
December 2015: **Halper** cashes the money
January 2016: **Halper** flies to Cambridge, UK from USA attempting to meet me and others, spreads lies about @GenFlynn and I.

💬 6   🔁 144   ♡ 297   ⬆



**Svetlana Lokhova** @... · 12/4/19
Replying to @RealSLokhova

...**Halper**'s 30 pieces of silver, or in this case, a million of taxpayer dollars, was paid from a CIA slush fund at **Pentagon**. This money was assigned to US defence. Instead, it was used to pay for a partisan political hit job on General Flynn and Trump...

Thread by @RealSLokhova, I was living my life in England as an academic. I was ( ... ]
**Svetlana Lokhova**
RealSLokhova
'# Read on Twitter
I was living my life in England as an academic. I was 9 months pregnant with my first child. My life was destroyed, when my name was used in a corrupt political game. Stefan Halper peddled lies about me, @GenFlynn and @realDonaldTrump /1

. . .

How to dirty up an all-American hero, a White Hat Mike Flynn?
Halper fabricated a backstory, twisting events in @GenFlynn life since 2013 into steps on the road to treason. Brennan et al. channeled the spirit of the Cold War. The narrative was lifted from "KGB archives", ... /65
.. spiced with tales from aged Soviet defectors. Halper's first Spygate contract from CIA slush fund at DoD includes a provision for American taxpayer to pay "former Russian Intelligence officers" /66

. .

work also stated that Professor Halper would meet with strategic analysts, economists, and experts from the Japanese Self Defense Force, the Ministry f 01· Trade and Investment, the Carnegie Endowment in Moscow, and former Russian diplomats, intelligence officers and strategic planners,