# Exhibit 2



**Svetlana Lokhova** · Nov 29, 2019
@RealSLokhova · **Follow**

The "FBI did not spy on the campaign" fix won't work. I have the evidence. Halper was paid to spy and manufacture evidence against **@GenFlynn** from late 2015, from the moment Gen Flynn met Trump. **@ChuckGrassley** already identified the payments to Halper as "partisan political". /1





**Svetlana Lokhova**

document I sent **@GenFlynn** in  July 2016 was given to Harding of  Guardian? (See his lawyers letter) Harding is under investigation by Grassley for receiving CIA leaks/4

ever, my client has no wish to becor
roiled in a dispute with Ms Lokhova
t the document that you have
ribed. Accordingly, I am instructed t
that, as things now stand, my clients
have access to or possession of the
ument that you have described. If th
had access to or possession of the
ument, as to which as I say no
issions are made, they no longer ha
ss to or possession of it (whether in
or electronic copy).

We write today to highlight other information regarding the FBI's apparent awareness of leaks by other agencies or entities to the media. Specifically, in a December 2016 text message between Mr. Strzok and Ms. Page, Strzok told Page:

Think our sisters have begun  mad. Scorned and worried and political, they're kicking in overdrive.[2]

Later, in April 2017, Strzok e-mailed FBI colleagues and once again discussed leaks by others to the press. Specifically, with regard to the publication of an article in  titled, "British spies were first to spot Trump team's links with Russia," Strzok said:

I'm beginning to think the agency got info a lot earlier than we thought and hasn't shared it completely with us. Might explain all these weird/seemingly incorrect leads all these media folks have.  of some of the leaks.[3]

These texts and emails raise a number of serious questions and concerns.  For example, who are the "sisters" and what does it mean to say that the "sisters have [been] leaking like mad"?  What are they worried about, and what are they kicking into "overdrive"?  Which "agency" is he referring to and why does Strzok believe the referenced news article highlights that "agency as [a] source of

9:07 AM · Nov 29, 2019    ⓘ

♡  634        💬  Reply        ⬆ Share

**Read 8 replies**

---

 **Svetlana Lokhova** · Nov 29, 2019    
@RealSLokhova · **Follow**
Replying to @RealSLokhova

At the same time as being paid for spying

Advertisement

 **Svetlana Lokhova** · Nov 29, 2019
@RealSLokhova · **Follow** 
Replying to @RealSLokhova

In Dec 2015, Halper gets Pentagon to pay for his trip from US to England. Within weeks, Halper attempts to arrange a dinner with me in England (I don't attend). Halper arranges for other English academics to spy on me, tells them I am a Russian spy, having affair with Gen Flynn/3

Soon after, Halper re-entered the picture. In early 2016, as Flynn's role advising the Trump campaign became known, Lokhova said she received an invitation out of the blue to a private dinner party with Halper. Lokhova shared the email with Fox News.

"It was very, very unusual because Stefan Halper and I, despite being part of the same group, and meeting pretty much in a public forum, we've had no personal contact at all. [Halper] to me was an obnoxious academic who absolutely hated all Russians," she said.

Then in early 2017, as Flynn was fired, Lokhova said the allegations surfaced about suspicious contact with Flynn three years earlier. The former national

 X

 **Svetlana Lokhova** · Nov 29, 2019   
@RealSLokhova · **Follow**
Replying to @RealSLokhova

At the same time as being paid for spying and manufacturing "intelligence" on top Trump campaign advisor **@GenFlynn**, Halper was paid to entrap Trump campaign advisors Page and Papadopoulos. Good luck to the FBI proving Halper did not spy on the Trump campaign! /5

signed his richest contract award with the
ment of Defense's Office of Net
nent — $411,575 for two studies on
economy — on Sept. 26, 2016, around
Halper was meeting with Page and
poulos.

 **Svetlana Lokhova**
@RealSLokhova · **Follow**



6:27



**Svetlana Lokhova** @R... · 12/1/19  ···
But Halper absolutely did not speak to Trubnikov or anybody for his bogus study, as the audit shows. Instead, he pocketed another $400,000 of taxpayers' money. /20

> None of the 348 foc
> ed source material to an interviev
> )NA personnel could not provide
> se high-ranking officials contribu
> a study.

 5     146     333



**Svetlana Lokhova** @R... · 12/1/19  ···
During 2016 campaign, Halper was paid nearly $700,000. In that time, Halper suppled: false intelligence on Trump and Flynn to CIA, FBI. Set up Carter Page and George Papadopolous. Approached numerous members of the Trump campaign. Conducted intelligence operation against me. /21

 7     239     427



**Svetlana Lokhova** @R... · 12/1/19  ···
The intensity of Halper's activities and payments tracks the progress

        



**Svetlana Lokhova**
@RealSLokhova

It's September 2016, 2 months before election. Halper gets a $400k contract from CIA/FBI slush fund. By now, Halper has: — been spying on and smearing @GenFlynn as Russian agent for a year; —approached Page, who is then smeared in the Steele Dossier, newspapers as Russian agent/17

> y 30, 2012, and September 20, 2016. Specifically, the GNA awarded the following four ntracts.
>
> • **HQ0034-16-P-0148**, valued at $411,575, on September 26, 2016. The contract consisted of two studies. The objective of the first study was to obtain the best

6:56 AM · 12/1/19 · Twitter for iPhone

**145** Retweets  **4** Quote Tweets  **335** Likes

**Svetlana Lokhova** @R... · 12/1/19
Replying to @RealSLokhova

 **Svetlana Lokhova** · Dec 1, 2019 
@RealSLokhova · **Follow**
Replying to @RealSLokhova

Proof that Halper was paid by your
government in Sept'16, 2 months before
election, to speak to former head of Russian
foreign intelligence Trubnikov, referred to in
Pentagon contract as former Ru Dep.
Foreign Minister, Ambassador to India. But
Halper met Trubnikov in 2015 /19

ork also stated that Professor Halper would interview,
e, a former Russian Deputy Foreign Minister and
ia, a former President of the Naval War College, and a

**May 2015**
ting to visas now sorted Vyacheslav IvanovichTrubnikov,
he Russian Foreign Intelligence Service (SVR), a former
er of Foreign Affairs and subsequently Russian

ia will speak on current relations between the Russian

 **Svetlana Lokhova**
@RealSLokhova · **Follow**

But Halper absolutely did not speak to
Trubnikov or anybody for his bogus
study, as the audit shows. Instead, he
pocketed another $400,000 of
taxpayers' money. /20



**Top**   Latest   People   Photos   Videos

 **Svetlana Lokhova** @... · 11/12/19 ···

What is Trump saying here? The spy **Stefan Halper** was paid close to $1 million by a **Pentagon** off shoot the Office of Net Assessments for this work. Yes, you read that right taxpayers you paid to have your vote stolen!

>  **Svetlana Lokhova** · 11/12/19
>
> Wikipedia "On May 22–23, 2018, Trump made assertions, without providing evidence, it was done in an effort to help Trump's rival, Hillary Clinton,...

💬 1      ↻ 50      ♡ 72      ⬆

 **Svetlana Lokhova** @R... · 1/24/20 ···

ONA's "Baker could not be immediately reached for comment."

Sen. Grassley Demands Answers From **Pentagon** On FBI Spy **Stefan Halper**'s Questionable Defense Contracts - Sara A. Carter
saraacarter.com/sen-grassley-d...

        

**Top**   Latest   People   Photos   Videos

 Svetlana Lokhova @Re... · 1/7/20   ···
.@SebGorka: "Everything seems to change when Lokhova meets @GenFlynn and then he gets involved in the @realDonaldTrump campaign. And **Stefan Halper** gets a very large sum of money from Obama's **Pentagon**. The story with Svetlana Lokhova on America First': youtube.com/watch?v=PU2c10...

💬   ♻ 58   ♡ 67   ↑

 Svetlana Lokhova @R... · 4/22/19   ···
Replying to @christianbal4 @JosephJFlynn1 and 26 others
The **Pentagon** suspended a whistleblower when 'he exposed through an internal review that **Stefan Halper** had received roughly $1 million in tax-payer funded money to write Defense Department foreign policy reports' saraacarter.com/whistleblower-

💬 2   ♻ 14   ♡ 14   ↑   

            





**Top**   Latest   People   Photos   Videos

the Sussmann...

💬 8      ⟲ 38      ♡ 115      ⬆️

 **Svetlana Lokhova** @... · 4/2/20      ···
"There's no telling how many
billions of taxpayer dollars they're
running off books for the different
intel agencies and we see evidence
of that with what was paid to
**Stefan Halper** for his shenanigans.
It just goes on and on"
@SidneyPowell1
washingtonexaminer.com/news/
michael-f...

💬 5      ⟲ 72      ♡ 146      ⬆️

 **Svetlana Lokhova** · 4/29/20      ···
"In October 2018 Judicial Watch
filed a FOIA lawsuit against the
Department of Defense seeking
information about the September
2016 contract between the DOD
and **Stefan Halper**, a secret FBI
informant used by the Obama
administration to spy on Trump
presidential campaign"

                        

**Top**   Latest   People   Photos   Videos

Show this thread

 **Svetlana Lokhova** · 4/25/20 ···
Mr. Baker, director of ONA, claims net assessments are very difficult projects take years to produce and only a small number of qualified experts who can write the assessments. Oh really?
Here is the top "expert": **Stefan Halper**, FBI/CIA asset, was paid $750,000 by ONA in 2015/6



💬 11    🔁 65    ❤️ 123    ⬆️

 **Twitter Safety** ✓ @TwitterSafety ···
Have you ever seen helpful information that turned out to not so credible? It happens.



**Top**   Latest   People   Photos   Videos

 **Svetlana Lokhova** · 4/26/20   · · ·

Recall: Halper was paid huge amounts by Pentagon's ONA, **CIA** slush fund.
Sen Grassley told @MariaBartiromo Halper won't answer questions because he is ill.
Halper framed @GenFlynn and entrapped other Trump advisors.



21.4K views

💬 31      🔁 379      ♡ 710      ⬆️

 **PhRMA** ✓ @PhRMA   · · ·

Due to secondary infections during COVID-19, antimicrobial resistance (AMR) is on the rise, and some infections are increasingly untreatable. The biopharmaceutical industry continues R&D against this

         

Thread

reviewing information sent from the Pentagon."

💬 2     🔁 9     ♡ 13     ⬆️

 **Svetlana Lokhova** @... · 2/9/20   ···
"Lokhova goes into details about the malicious targeting operation against her. She says the DOJ must examine Halper's financial trail that began at the Office of Net Assessment at the Pentagon. This, she says, will expose the Russia Hoax Origins."

💬 1     🔁 8     ♡ 23     ⬆️

 **Svetlana Lokhova** @... · 2/9/20   ···
"Halper was used to spread malicious lies about her in an operation that utilized her brief encounter with Gen Flynn at a dinner 2014 at Cambridge Seminar as a way of spreading malicious lies about her. Lokhova has filed numerous lawsuits in the federal court in Alexandria, VA

💬 2     🔁 8     ♡ 24     ⬆️

            

**Top**    Latest    People    Photos    Videos

 **Svetlana Lokhova** @R... · 1/2/20    
**Halper**'s sweet gig with **ONA** not his first rodeo. In 2005, at the request of the Secretary of Defence, **Halper** prepared a study of the Iraq War.
In 2009, at the request of the Secretary of Defence, **Halper** developed an analysis of the Afghan End-Game.

💬 3        ⟲ 28        ♡ 51        ⬆

Show this thread

 **Svetlana Lokhova** @... · 1/29/20    
Amongst those feeling the pressure must be James Baker (Pentagon's **ONA**) who approved **Halper** Spygate contracts.
Baker was **Halper**'s "handler" at the **ONA**.  A lunch pal of Ignatius, Baker is the leaker ofthe Russian ambassador tape to the Washington Post.
Quite the player.



                                

**Top**    Latest    People    Photos    Videos



**Svetlana Lokhova** @… · 1/18/20    ⋯
Replying to @RealSLokhova

In addition to being paid by the FBI,
between 2012 and 2018, **Halper**
received a total of $1,058,161.00
USD from the Department of
Defense (DoD). **Halper**'s contract
was funded through annual awards
paid out of the Pentagon's Office of
Net Assessment (**ONA**") /16

💬 3        ⟲ 104        ♡ 257        ⬆️

Show this thread



**Svetlana Lokhova** @… · 1/19/20    ⋯
**Halper** retired from Cambridge in
2015 and moved back to the US.
Then suddenly  reappeared in
January 2016, which we can match
to his **ONA** contracts, starting
Spygate.

 **ThunderStrzok** · 1/19/20
Replying to @RealSLokhova
@GenFlynn

I don't get what you mean by



    🔍        🔔    



**Top**   Latest   People   Photos   Videos

💬 21        ↧ 400        ♡ 557        ⬆

 **Svetlana Lokhova** · 12/21/19        ...

The amount Stefan **Halper** was paid by the FBI for setting up Carter Page is redacted. Funny that. The FBI payments  are in addition to the sums paid to him by the **Pentagon** ($700,000) and whatever Fusion GPS paid him. Lucrative gig this informing lark.

💬 22        ↻ 502        ♡ 992        ⬆

 **Svetlana Lokhova** · 11/29/19        ...

Wow former CIA analyst says Brennan task force was set up in late summer/early autumn 2015. That's exactly when **Pentagon** contracts **Halper** to manufacture dirt on @GenFlynn using CIA slush fund.  Flynn is meeting Trump throughout summer 2015 with a view to help him to win.

Brennan was mistaken in citing "early 2016" as the date it was started. I have now learned that Brennan's Task Force began  in the late summer/early fall of 2015. It is worth noting that the Washington Post, not exactly a pro-Trump outlet, also reported that Bren a secret task force comprised of CIA, FBI and NSA personn Post simply failed to provide a date when the Task Force s operating:

                        

**Top**    Latest    People    Photos    Videos

 **Svetlana Lokhova** · 11/30/19    · · ·
There is now a criminal investigation into **Pentagon**'s slush funds payments to CIA operative **Halper**. He was paid to steal your vote and then to overturn the presidency of @realDonaldTrump MUST LISTEN: Dennis Prager Scores Interview with Lokhova redstate.com/slee/2019/11/0…

💬 9    ↻ 208    ♡ 264    ↑

 **Svetlana Lokhova** @… · 4/21/20    · · ·
For those pushing "Russian Disinformation" by **Halper** through Steele, ask yourself the question, when did **Halper** become a "Russian asset"? 2008? 2009? 20010? 2011? 20016?
**Halper** was a paid informer for the FBI since 2008 (IG report) and was paid by the **Pentagon** since 2011.

💬 7    ↻ 71    ♡ 137    ↑

**Show this thread**



Svetlana Lokhova · 11/29/19

🏠    🔍    🎙    🔔    ✉



8:11

← 🔍 from:RealSLokhova halper pen...

**Top**   Latest   People   Photos   Videos

 **Svetlana Lokhova** @... · 1/10/20   ...
**Pentagon** gave **Halper** $1mm of taxpayers' money for China, India and Russia studies without considering that he doesn't speak any of the languages and can't read or verify primary sources.

> 🧑 **Svetlana Lokhova** · 1/10/20
> Watch Prof Halper (who moonlights as a Master Spy in Spygate) being taken apart by a student for being a fraud:
>
> "If you want to talk about such an important issue, you've got to get the facts right. I urge you to be very accurate because critics will give you a very hard time"
>
> 

                

**Top**   Latest   People   Photos   Videos



**Svetlana Lokhova** @... · 1/11/20   · · ·

**Halper** was paid A MILLION DOLLARS by **Pentagon** to produce studies on China (see Grassley audit).

Even a student can take him apart for knowing nothing about China, **Halper** dissembles in seconds into a sweaty babbling mess (see video).

---

Through the BAA process, the ONA awarded four contracts to Professor Halper between May 30, 2012, and September 26, 2016. Specifically, the ONA awarded the following four contracts.

- HQ0034-16-P-0148, valued at $411,575, on September 26, 2016. The contract consisted of two studies. The objective of the first study was to obtain the best possible analysis on how India will be affected by China's slowing economy, how U.S. interests will be affected, and what steps can be taken to protect them. The objective of the second study was to determine how China's economic slowdown may affect other South Asian nations, such as Sri Lanka, Myanmar, Bangladesh, Bhutan, Nepal, Malaysia, and Thailand.

- HQ0034-15-C-0100, valued at $244,960, on September 24, 2015. The contract consisted of one study. The objective of the study was to obtain the best possible analysis on the prospect of Russian-Chinese collaboration against the United States and to determine the steps that can best protect U.S. interests.

1 FAR 35.016 authorizes the use of BAAs and establishes requirements for awarding contracts through a BAA solicitation.
2 The WHS Acquisition Directorate provides acquisition services to all Office of Secretary of Defense components.

2

---

- HQ0034-14-C-0076, valued at $204,000, on July 29, 2014. The contract consisted of one study. The objective of the study was to examine nine topics related to China in the year 2030, to, among other issues, understand whether China is able to steadily increase funding for its military program in 2030 and beyond. Furthermore, the objective of the study was to examine how China's changing demographic trends will affect its national priorities and its ability to recruit the high-tech force it needs to meet its modernization goals.

- HQ0034-12-C-0039, valued at $197,626, on May 30, 2012. The contract consisted of one study. The objective of the study was to examine three topics related to China and the Three Warfares,[3] to, among other issues, identify the U.S. Military Commands that will be most heavily impacted by China's use of the Thre[e] and describe how the warfares may limit or disrupt the ability of the C[...] project power. Furthermore, the study was to examine how China's u[...] Warfares limits U.S. options in pre-war situations, including possible [...] countermeasures.

            

**Top**    Latest    People    Photos    Videos

 **Svetlana Lokhova** · 12/18/19    ⋯

CIA spy **Halper** was paid by the FBI (i. e. you, the taxpayer) ON TOP of the USD 1 mm **Pentagon** (i. e. you, the taxpayer) paid him. **Halper** was paid twice by the taxpayer to set up Trump Campaign and later the Trump Administration.

> ⋯y, but not for validity or report...
> #2 was reopened in or about Ma...
> Since that time, Source #2 has ...
> ed reliable information that has b...
> orated by the FBI.
>
> #2 has been compensated in ex...
> ■ since 2008.

 6     20     32    ⬆

 **Svetlana Lokhova** @… · 1/23/20    ⋯

If you are already angry that **Pentagon** paid **Halper** your money to set up members of the Trump campaign…

At same time FBI also paid **Halper** (Source 2) your money to set ... members of Trump campaign a... admin through fraudulent FISAs

  ➕  

**Top**   Latest   People   Photos   Videos



**Svetlana Lokhova** @... · 2/9/20   ···

Absolutely scandalous that dirty operative **Halper** was paid by the FBI AND from the CIA slush fund at the **Pentagon** to manufacture dirt on a political opponent of Hilary Clinton.

> 🌍 **Michael F. Marsh...** · 2/9/20
>
> Replying to @RoeMasterNYCity and @RealSLokhova
>
> Yes he is a traitor but he certainly had a great gig getting paid big bucks from multiple sources to sit around a bar to make dirt up.

💬 4     ⟲ 30     ♡ 69     ⬆️



**Svetlana Lokhova** @... · 12/7/19   ···

FBI haven't disclosed whether they paid **Halper**. We know that **Halper** was paid USD 700,000 by **Pentagon** from their secret CIA FBI slush fund during the 2016 campaign period. In the same

