IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Svetlana Lokhova, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-1603 (LMB)(WEF) |
| ) | |
| Stefan A. Halper, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaimant ) | |

**Defendant/Counterclaimant Halper's Motion to Dismiss, for Default Judgment, and to Strike Plaintiff's Motion and Declaration**

Defendant/Counterclaimant Stefan Halper ("Defendant") moves this Court pursuant to Rules 37 and 41 of the Federal Rules of Civil Procedure for an order dismissing Plaintiff Svetlana Lokhova's Amended Complaint (Docket Entry ("D.E.") 52), granting a default judgment on Defendant's counterclaims (D.E. 65), and striking the pending motion of Plaintiff for dismissal or summary judgment on the counterclaims and the unsworn declaration of Plaintiff offered in support of Plaintiff's motion. D.E. 70 & 70-1.

Respectfully submitted,

By: ____/s/_____

Terrance G. Reed (VA Bar No. 46076)
Lankford & Reed, PLLC
120 N. St. Asaph St.
Alexandria, VA  22314
(Phone) : 703-299-5000
(Facsimile) : 703-299-8876
tgreed@lrfirm.net

Robert D. Luskin (*pro hac vice*)
Paul Hastings LLP

875 15th ST NW
Washington, DC 20005
202-551-1966
202-551-0466
robertluskin@paulhastings.com

*Counsel for Defendant
Stefan A. Halper*