IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SVETLANA LOKHOVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-cv-1603 (LMB/WEF) |
| | ) | |
| STEFAN A. HALPER, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons stated in open court, Plaintiff's Objections to Magistrate Judge's Ruling Regarding Discovery Production and Deposition Notice [Dkt. No. 78] are OVERRULED; and it is hereby

ORDERED that plaintiff Svetlana Lokhova appear for the deposition noticed by defendant for September 6, 2022, at 10:00 a.m.; however, the Court will permit the deposition of plaintiff to be taken by Zoom at the London, United Kingdom office of Paul Hastings LLP or at another law firm in London that is mutually agreed upon by counsel, on September 6, 2022, at 10:00 a.m. BST.  Plaintiff is advised that failure to appear for the deposition may result in dismissal of her complaint and being held in default as to defendant's counterclaims; and it is further

ORDERED that plaintiff's counsel serve whatever interrogatory responses and document productions she has in her possession on defendant, pursuant to the magistrate judge's order [Dkt. No. 87], by September 3, 2022, at 12:00 p.m.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 2nd day of September, 2022.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge