UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SVETLANA LOKHOVA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEFAN A. HALPER, ) <br> ) <br> Defendant. ) | No: 1:20-cv-01603-LMB-WEF |

## ORDER

UPON CONSIDERATION OF Plaintiff's Counsel's Motion for Leave to Withdraw, it is this 8th day of September 2022, hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Plaintiff's Counsel, Leslie McAdoo Gordon, has the Court's leave to withdraw as counsel in this matter, and it is further

ORDERED that the Clerk of the Court shall so reflect on the docket of this matter, and plaintiff's counsel is directed to forward a copy of this Order to plaintiff who is now proceeding pro se and provide the Court with an address at which plaintiff can receive notices from the Court. /LMB

/s/ /LMB
Leonie M. Brinkema
United States District Judge