# CIVIL MOTION MINUTES

Date: 09/09/22

Time: 10:18am – 10:25am

Judge: Brinkema
Reporter: S. Austin

Civil Action Number: 1:20cv1603

Svetlana Lokhova   vs.   Stefan A. Halper

Appearances of Counsel for   ( ) Pltf   ( X) Deft

Motion to/for:
#70 Motion to Dismiss and or For Summary Judgment
#73 Motion to Disqualify Counsel

Argued &
( ) Granted   ( ) Denied (   ) Granted in part/Denied in part
( ) Held in Abeyance (   ) Taken Under Advisement   ( ) Continued to ( ) Overruled

Pltf did not appear when matter was called

Court advised of case status

Pltf's motions #70 & #73 are DENIED

( ) Memorandum Opinion to Follow

(X) Order to follow