IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SVETLANA LOKHOVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20cv1603 (LMB/WEF) |
| | ) | |
| STEFAN A. HALPER, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER TO SHOW CAUSE

Plaintiff, Svetlana Lokhova, who is now proceeding pro se, has failed to respond to legitimate discovery requests and to comply with orders issued by the magistrate judge assigned to this civil action and orders issued by this Court, including an order that she appear for her deposition, which was arranged to occur in London allowing her to avoid the expense and inconvenience of travelling to the United States. Accordingly, she appears to have abandoned prosecution of this—her second—civil action against the defendant, Stefan A. Halper, and to have abandoned her defense against the counterclaim. For these reasons, it is hereby

ORDERED that plaintiff show cause within twenty-one (21) days why her complaint should not be dismissed with prejudice and why a default judgment should not be entered in defendant's favor as to his counterclaims. Any explanation from plaintiff must be supported by credible evidence, such as affidavits made under the penalty of perjury and notarized; and it is further

ORDERED that plaintiff must immediately provide the Court and defense counsel with an address to which communications may be sent. A pro se litigant's failure to provide the Court

with reliable contact information can be an independent ground for dismissal of that party's complaint or answer.

In addition, for the reasons stated above, plaintiff's Motion to Dismiss Defendant's Counterclaims, and/or for Summary Judgment as to the Defamation Counterclaim [Dkt. No. 70] and plaintiff's Motion to Disqualify Terrance G. Reed and Robert D. Luskin as Defendant's Trial Counsel [Dkt. No. 73] are DENIED.

The Clerk is directed to forward copies of this Order to counsel for defendant and to plaintiff Sventlana Lokhova, pro se, by email to the following email address, which was provided to the chambers by her former counsel: lokhova@me.com.

Entered this 9th day of September, 2022.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge