**REPACKL**

**EXPRESS EASY** **XED** **DHL**

2022-09-07 SPST 4.13 / "Label non-certified"

From: David North
162 New Cavendish Street
W1W 6YS London
United Kingdom

Origin:
**LON**

To: Hon. Judge Brinkema
Albert V Bryan US Courthouse
401 Courthouse Square
**22314 ALEXANDRIA**
**United States Of America**

Contact:
David North

**Z800 US-DCA-DCA NVA**

Day   Time

Insurance: No
Sender's Ref:
Legal documents
Customs value: 0.0 GBP

Piece Weight
**0.5 kg**

Piece
**1 / 1**

WAYBILL 96 7532 7410

(2L)US22314+60000000

(J) JD01 4600 0103 1013 9496

DC2R

full security

inspection will be completed by DHL staff at a secure DHL facility.

SHIPPER (Print & Sign)

DHL SERVICEPOINT STAFF (Print & Sign)

SHIPMENT DROPPED OFF (Date & Time)

16:15

07-09-22

Please en

**EXPRESS EASY** **XED**

22314 ALEXANDRIA, UNITED STATES OF AMERICA

**C300 US-DCA-DCA**

Ref Code UK - 001551

Content Description

Package Weight
0.5 Kilo

Date
2022-09-07

WAYBILL 96 7532 7410

(2L)US22314+60000000

(J) JD01 4600 0103 1013 9496