IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SVETLANA LOKHOVA                )
                                )
    Plaintiff,                  )
                                )
        v.                      )   Civil Action No. 1:20-cv-1603(LMB)(WEF)
                                )
STEFAN A. HALPER                )
                                )
                                )
    Defendant/Counterclaimant   )
_____)

## Declaration of Terrance Reed

I, Terrance G. Reed, do state and affirm based upon my personal knowledge:

1. I am counsel for the Defendant and Counterclaimant ("Defendant") in the above-captioned case.

2. On September 9, 2022, the Court ordered Plaintiff to "immediately provide the Court and defense counsel with an address to which communications may be sent." (D.E. 108)

3. Since the issuance of this Show Case Order, Defense counsel has not received any such address from Plaintiff, nor does the Docket contain any reference to a communication by Plaintiff to the Court of such an address.

4. Plaintiff's answer to Defendant's counterclaims (D.E. 65) was due by September 29th under this Court's scheduling order (D.E. 66), that is, twenty days from the September 9th Order denying Plaintiff's motion to

1

dismiss (D.E. 107). The Answer was due to be filed on September 29, 2022.[1] No such Answer has been filed, and therefore Plaintiff is in default of the counterclaims (D.E. 65), pursuant to Fed. R. Civ. P. 55(a).

5. The Scheduling Order (D.E. 85) imposed a deadline upon the parties of September 30, 2022, to serve Rule 26(a)(1) mandatory disclosures.

6. Plaintiff has not served any such Rule 26(a) disclosures upon defense counsel or upon the Defendant.

7. Defendant timely served upon Plaintiff Defendant's Rule 26(a)(1) disclosures upon Plaintiff on September 30, 2022. Specifically, I placed in the United States mail, postage prepaid, a copy of Defendant's Rule 26(a)(1) disclosures which was sent to the return address on Plaintiff's Federal Express shipment to the Court docketed at D.E. 110-1, which is David North, 162 New Cavendish Street, W1W 6YS London, United Kingdom.

8. In addition, I caused to be sent a duplicate copy of this same Rule 26(a091) disclosures by electronic mail to the email address the Court is using to communication with Plaintiff: lokhova@me.com.

9. Defendant's Rule 26(a)(1) disclosures included a production of 423 documents. SH 0001 to 0423.

10. On September 9, 2022, the Court issued a Show Cause Order (D.E. 108) requiring Plaintiff to file with the Court a justification for the Court not dismissing Plaintiff's claims and granting default upon Defendant's counterclaims. Plaintiff was ordered to show cause within 21 days, or by September 30th. D.E. 108. On December 13, 2022, the Court ordered that the letter submission and materials of Plaintiff filed as Docket Entry 111 "do not satisfy the Show Cause Order emailed to plaintiff on September 9, 2022." D.E. 112.

---

[1] This Court's Scheduling Order (D.E. 85) afforded Plaintiff with more time to answer than the 14 days provided under Fed. R. Civ. P. 12(a)(4)(A).

11. As of the filing of this Declaration (October 3rd), Defendant has not received any response from Plaintiff to this Court's Show Cause order. nor does the Docket contain any reference to such a response from Plaintiff other than the submission ruled unsatisfactory in Docket Entry 112.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2022,

    Alexandria, Virginia

                                    Terrance G. Reed