# CIVIL MOTION MINUTES

Date: 10/07/22

Time: 10:00am – 10:05am

Judge: Brinkema
Reporter: S. Austin

Civil Action Number: 1:20cv1603

Svetlana Lokhova    vs.    Stefan A. Halper

Appearances of Counsel for    ( ) Pltf    (X) Deft

Motion to/for:
#103 Motion to Dismiss for Lack of Prosecution

Argued &
(X) Granted    ( ) Denied    ( ) Granted in part/Denied in part
( ) Held in Abeyance    ( ) Taken Under Advisement    ( ) Continued to    ( ) Overruled

Plaintiff did not appear

Defendant advised the Court of case status

Court orders plaintiff's case dismissed with prejudice

Judgment on counter claim is granted

( ) Memorandum Opinion to Follow

(X) Order to follow