IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SVETLANA LOKHOVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-cv-1603 (LMB/WEF) |
| | ) | |
| STEFAN A. HALPER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, Defendant/Counterclaimant Halper's Motion to Dismiss, for Default Judgment, and to Strike Plaintiff's Motion and Declaration [Dkt. No. 103] is GRANTED.  Accordingly, plaintiff Svetlana Lokhova's Amended Complaint [Dkt. No. 52] is DISMISSED WITH PREJUDICE; and judgment on the Counterclaims [Dkt. No. 65] is GRANTED in defendant Stefan A. Halper's favor as to plaintiff's liability; and it is hereby

ORDERED that within seven (7) days of the date of this Order, defendant advise the Court of any monetary relief requested, in addition to the proposed injunction discussed in open court.  The Court will delay entry of final judgment until then.

The Clerk is directed to forward copies of this Order to counsel of record for defendant and to plaintiff, pro se, via email to lokhova@me.com and mail to the return address identified on the envelope of plaintiff's letter [Dkt. No. 111]:

Svetlana Lokhova
162 New Cavendish Street
W1W 6YS London
United Kingdom

Entered this 7th day of October, 2022.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge