Exhibit 7

**From:** Steven S. Biss <stevenbiss@earthlink.net>
**Sent:** Monday, November 1, 2021 11:15 AM
**To:** Terry Reed <tgreed@lrfirm.net>
**Subject:** Lokhova

Terry,

I am in receipt of your subpoena.

I have a conflict with November 22, 2021 and, in any case, this is a huge distraction.

I would like to make arrangements to pay the fee award to you to be held in trust pending the outcome of the appeal.  Ms. Lokhova has no money.  I can pay the fee award in 3 equal installments.

Please call me at your convenience to discuss.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.