IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Svetlana Lokhova, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-1603 (LMB)(WEF) |
| | ) | |
| Stefan A. Halper, | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaimant | ) | |

**Defendant Halper's Memorandum In Support of Overruling Attorney's Eyes-Only Designations for Exhibit 2**

Defendant Stefan A. Halper respectfully submits that the attorney's-eyes only designation made by former Plaintiff's counsel as to Exhibit 2 should be overruled.   Attorney's-eyes-only designations are limited to documents containing highly confidential proprietary material whose disclosure outside of counsel would work a substantial business harm.  *See, e.g., Mitchell International, Inc. v. HealthLift Pharmacy Services, LLC*, 2020 WL 2736094, *2 (D. Utah May 26, 2020), *adopted*, 2020 WL 5645321 (D. Utah Sept. 22, 2020).  No such showing has been, or could be, made as to Exhibit 2.

Exhibit 2 is a standard contractual document signed by Plaintiff with a third party that contains no proprietary or business information of Plaintiff.   Plaintiff has placed this document at issue by referring to it repeatedly in her Amended

1

Complaint.  *See* Docket Entry 52, ¶¶ 7, 57, 58, 78, 97.  Accordingly, Plaintiff has

no reasonable expectation of privacy in the contents of a document upon which she

has based her lawsuit.

### Conclusion

For the foregoing reasons, this Court should overrule Plaintiff's attorney's

eyes-only designation and permit the public filing of Exhibit 2 along with the

references to it in Defendant's Remedies Application.

Dated: October 14, 2022

Respectfully submitted,

*/s/* Terrance G. Reed
Terrance G. Reed (VA Bar 46076)
Lankford & Reed PLLC
120 N. St. Asaph St.
Alexandria, VA 22314
Tel : (703) 299-5000
Fax : (703) 299-8876
Email : tgreed@lrfirm.net

Robert D. Luskin (*pro hac vice*)
Paul Hastings LLP
875 15th ST NW
Washington, DC 20005
202-551-1966
202-551-0466
robertluskin@paulhastings.com

*Counsel for Defendant*
*Stefan A. Halper*

2